■ 78 SECOND STREET REALTY CORP., Appellant, v ELLEN B. MITCHELL et al., Respondents.—Appeal by the plaintiff from so much of an order and judgment (one paper) of the Supreme Court, Nassau County (Morrison, J.), entered November 8, 1989, as granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order and judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice Morrison in the Supreme Court. Lawrence, J. P., Harwood, Rosenblatt and O'Brien, JJ., concur.